IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-03153-STV

MARKESHA FUTRELL-SMITH,

    Plaintiff,

v.

  BRINKER INTERNATIONAL, INC.,

    Defendant.

## FINAL JUDGMENT

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc. 49) by Chief Magistrate Judge Scott T. Varholak entered on August 13, 2025, it is

    ORDERED that the Court GRANTS the Defendant's Motion for Summary Judgment (Doc. 27). It is further

    ORDERED that the Court DECLINES to exercise supplemental jurisdiction over Plaintiff's state claim and that claim is DISMISSED WITHOUT PREJUDICE. It is further

    ORDERED that this case is closed.

    Dated this 13th day of August 2025.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL

By: <u>  s/ S. Chaplin, Deputy Clerk  </u>